## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LANCE GILMAN,<br>           Appellant/Cross-Respondent,<br>           vs.<br>SAM TOLL,<br>           Respondent/Cross-Appellant. | No. 81726 ✓ |
| LANCE GILMAN,<br>           Appellant/Cross-Respondent,<br>           vs.<br>SAM TOLL,<br>           Respondent/Cross-Appellant. | No. 81874 |

FILED

JAN 07 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, the appeal in Docket No. 81726 is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

The stipulation also purports to dismiss the appeal in Docket No. 81874. The appeal in Docket No. 81874 was dismissed on May 20, 2021. This court therefore takes no action on the stipulation to the extent it purports to dismiss the appeal in Docket No. 81874.

It is so ORDERED.

_____, C.J.

SUPREME COURT
OF
NEVADA

(O) 1947A

22-00720

cc: Hon. James E. Wilson, District Judge
David Wasick, Settlement Judge
Gunderson Law Firm
Flangas Dalacas Law Group, Inc.
John L. Marshall
Luke A. Busby
Storey County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A